# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>One white 2020 GMC Terrain bearing California license plate number 8NAA840 and vehicle identification number (VIN) 3GKALVEV8LL234962 | ) ) ) ) ) ) Case No. 8:22-MJ-00040 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Mail Theft and Possession of Stolen Mail |
| 18 U.S.C. § 371 | Conspiracy |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days*: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Carleton Joy
_____
*Applicant's signature*

Carleton Joy, U.S Postal Inspector
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Santa Ana, CA</u>       Hon. Karen E. Scott, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA: Kristin Spencer (714-338-3531)

**AFFIDAVIT**

I, Carleton Joy, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am a Postal Inspector ("PI") with the United States Postal Inspection Service ("USPIS"), and have been so employed since February 2021. Before joining the USPIS, I was a Special Agent ("SA") with the United States Department of Education, Office of Inspector General ("ED-OIG") from April 2016 to February 2021. As an ED-OIG SA I attended the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I received training in the United States Constitution and Federal laws applicable to conducting criminal investigations of alleged theft and fraud of government funds and resources. Additionally, as an ED-OIG SA I investigated embezzlement schemes by public officials, whistle blower reprisal complaints, and identity theft, among other allegations of fraud waste and abuse related to ED programs.

2. I am currently assigned to the Long Beach Mail Theft team, where my responsibilities include the investigation of crimes against the United States Postal Service ("USPS") and crimes related to the misuse and attack of the mail system, including theft of the United States Mail ("US Mail"); possession of stolen mail; and crimes related to the use, theft, or counterfeiting of postal keys (referred to as "arrow keys") and locks. As part of the Mail Theft team, I also investigate crimes in connection with access devices that include credit cards and debit cards, identity theft, and unauthorized use of

other persons' information for financial gain, as these criminal schemes have been known to be perpetrated through the US Mail.

## II. PURPOSE OF AFFIDAVIT

1.     This affidavit is made in support of an application for a warrant to search one automobile (the "SUBJECT VEHICLE") described in Attachment A, for the items to be seized described in Attachment B.

2.     The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. PROPERTY TO BE SEARCHED

3.     The property to be searched is the SUBJECT VEHICLE described in Attachment A, which is incorporated herein by reference.

## IV. ITEMS TO BE SEIZED

4.     The requested search warrant seeks authorization to seize evidence, fruits, or instrumentalities of violations of Title 18, United States Code, Sections 1708 (Mail Theft and Possession of Stolen Mail) and 371 (Conspiracy) (the "Subject Offenses") as described more fully in Attachment B. Attachments A and B are incorporated herein by reference.

## V.   SUMMARY OF PROBABLE CAUSE

5.   On December 22, 2021, I received a report that earlier the same day, two suspects broke into, and stole US Mail from, a USPS light load vehicle ("LLV") in Fullerton, California.  A nearby witness took pictures and recorded video of the suspects with her cellular telephone.  The video footage showed that the suspects fled in the SUBJECT VEHICLE, a white GMC Terrain bearing California license plate number 8NAA840.  Further investigation revealed the SUBJECT VEHICLE is registered to Hertz.

## VI. STATEMENT OF PROBABLE CAUSE

6.   Based on my review of law enforcement records, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

**Use of the SUBJECT VEHICLE to steal US Mail**

7.   On December 22, 2021, I spoke with Lourdes Lopez by telephone.  Lopez reported that earlier that day she had used her cell phone to record an unidentified male unloading what appeared to be mail from an LLV parked in the vicinity of 2552 Pearson Avenue, Fullerton, California 92834.

8.   Lopez provided me with the video footage and photographs that she had taken of the incident.  I reviewed the footage, which showed an unidentified male (the "MALE SUSPECT") who appeared to be removing mail from the LLV and loading it into the back seat of a white GMC Terrain bearing California license plate number 8NAA840 (The "SUBJECT VEHICLE").  The MALE SUSPECT wore black shoes, white socks, a pair of green or

turquois sweatpants, a red long sleeve shirt, a surgical mask over his chin, glasses, and a red beanie hat.

9. After loading the mail into the SUBJECT VEHICLE, The MALE SUSPECT got into the back seat of the SUBJECT VEHICLE and closed the door with his bare right hand. An unidentified female (the FEMALE SUSPECT) sat in the driver's seat of the SUBJECT VEHICLE. The FEMALE SUSPECT was wearing a long sleeve sweatshirt or jacket and glasses. The suspects then drove away together in the SUBJECT VEHICLE.

**Location of the SUBJECT VEHICLE**

10. On December 22, 2021, I reviewed law enforcement records that showed the SUBJECT VEHICLE is a rental car registered to the Hertz Corporation.

11. On December 24, 2021, I spoke with James Mattox, a security manager for Hertz, by telephone, who informed me that he had determined that the SUBJECT VEHICLE had been rented fraudulently. Mattox further informed me that the SUBJECT VEHICLE was parked in the vicinity of 1265 Chrisden Street, Anaheim, California 92807. I later determined that 1265 Chrisden Street is the address for the Canyon Village apartment homes in Anaheim.

12. Later the same day, I went to the Canyon Village apartment complex, where I saw the SUBJECT VEHICLE parked in a covered parking space numbered 169. Shortly after I arrived, I saw a tow truck arrive and begin to tow the SUBJECT VEHICLE away.

13. I spoke with the tow truck driver, who told me that Hertz had directed him to tow the SUBJECT VEHICLE to the Hertz parking lot near the Los Angeles International Airport because it had been fraudulently rented. While talking with the tow truck driver, I observed in plain view various items in the SUBJECT VEHICLE, including a duffle bag and a mallet. Based on my training and experience, I know that mallets are commonly used as burglary tools.

14. On or about December 27, 2021, I again spoke with Hertz security manager James Mattox, who informed me that the SUBJECT VEHICLE was located at 9150 Aviation Boulevard, Inglewood, California 90301. Mattox confirmed that the SUBJECT VEHICLE would remain at this location undisturbed pending receipt of a search warrant.

## VII. TRAINING AND EXPERIENCE REGARDING MAIL AND IDENTITY THEFT

15. Based on my training and experience and information obtained from other law enforcement officers who investigate mail and identity theft, I know the following:

    a. People who steal mail use burglary tools such as arrow keys, mallets, hammers, crowbars, window breakers, spark plugs, bolt cutters, and door jams and jimmies to break into mailboxes, LLVs, and other secure locations containing mail.

    b. People who steal mail are often involved in fraud and identity theft crimes. These individuals usually steal mail looking for financial records, checks, access devices, other personal identifying information ("PII") (such as names, social security numbers, and dates of birth), and identification

5

documents that they can use to fraudulently obtain money and items of value.

      c. Mail thieves often retain these items of value from stolen mail to make fraudulent purchases or sell the items to others in exchange for cash or drugs. Particularly prolific mail thieves rent storage units or safety deposit boxes to store fraudulently obtained items of value.

      d. Mail thieves often keep records of fraudulent purchases such as receipts showing method of payment, date, and location of purchase.

      e. People who steal US Mail use electronic devices including cellular telephones, computers, laptops, and cameras to record, store, and fraudulently use PII and access devices. Those who steal mail also use computers and cellular phones to buy and sell PII on nefarious websites and the dark web. Mail thieves involved with identity theft use computers, software, and printers to manufacture fraudulent identification documents and alter stolen credit cards and checks.

## VIII.   CONCLUSION

16. For all the reasons described above, there is probable cause to believe that the items listed in Attachment B, which constitute evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1708 (Mail Theft and

//

//

Possession of Stolen Mail) and 371 (Conspiracy) (the "Subject Offenses") will be found in the SUBJECT VEHICLE as described in Attachment A.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PROPERTY TO BE SEARCHED

The following automobile (the "SUBJECT VEHICLE"), owned by the Hertz car rental agency and currently stored at the Hertz parking lot located at 9150 Aviation Boulevard, Inglewood, California, 90045:

1. One white 2020 GMC Terrain bearing California license plate number 8NAA840 and vehicle identification number (VIN) 3GKALVEV8LL234962.

i

**ATTACHMENT B**

I. <u>ITEMS TO BE SEIZED</u>

    2.   The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of Title 18, United States Code, Sections 1708 (Mail Theft and Possession of Stolen Mail) and 371 (Conspiracy), namely:

        a.   Clothing including socks, shoes, hats, shirts, pants, glasses, and face coverings.

        b.   Evidence that can be used to identify the suspects, including latent fingerprint evidence, to include surfaces containing latent fingerprint evidence.

        c.   Evidence of burglary tools including arrow keys, mallets, hammers, crowbars, window breakers, spark plugs, bolt cutters, and door jams and jimmies.

        d.   US Mail and related documents and correspondence.

        e.   Documents, notes, and other records containing personally identifiable information including:

            i.   Names

            ii.   Dates of Birth

            iii. Social Security Numbers

            iv.  Addresses

            v.   Usernames

            vi.  Passwords and PINs

            vii. Account Numbers

        f.   Financial records including Bank records, and credit statements.

        g.    Any card, plate, code, account number, electronic serial number, mobile identification number, personal identification number, or other telecommunications service, equipment, or instrument identifier, or other means of account access that can be used, alone or in conjunction with another access device, to obtain money, goods, services, or any other thing of value, or that can be used to initiate a transfer of funds.

        h.    Evidence of storage of valuables obtained by theft or fraud such as documents and keys relating to public storage units and safety deposit boxes.

        i.    Records or information reflecting or referencing purchases using unauthorized identity information such as merchandise, gift cards, and other valuables.

        j.    Electronic devices including computers, electronic storage devices, cellular telephones, hard drives, cameras, printers, and tools used to obtain, create, or use counterfeit or unauthorized checks, coupons, or access devices such as credit, debit, bank, and gift cards.